## BEN GYADU *v.* D'ADDARIO INDUSTRIES, INC., ET AL.
### (AC 19844)

Foti, Landau and Zarella, Js.

Submitted on briefs May 11—officially released June 6, 2000

Per Curiam. The decision by the workers' compensation review board is affirmed.

## FLEET MORTGAGE CORPORATION *v.* TABATHA CANDELARIO ET AL.
### (AC 19720)

Foti, Landau and Zarella, Js.

Submitted on briefs May 11—officially released June 6, 2000

Per Curiam. The judgment is affirmed.

## WILLIAM F. BENNETT *v.* JOHN H. LINDSAY
### (AC 19364)

Hennessy, Pellegrino and Dupont, Js.

Argued May 30—officially released June 27, 2000

Per Curiam. The judgment is affirmed.